**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| CANDRICE C. BOYD, | ) |
| Plaintiff, | ) ) ) |
| | ) No. 4:23-CV-0013 JMB |
| EXPERIAN, | ) ) ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice. *See* 28 U.S.C. § 1915(e)(2)(B).

**IT IS FURTHER ORDERED** that to the extent plaintiff's amended complaint contains state law claims, the Court declines to exercise jurisdiction over such claims. *See* 28 U.S.C. § 1367(c)(3).

**IT IS HEREBY CERTIFIED** that an appeal from this action would not be taken in good faith.

Dated this 20th day of January, 2023.

　　　　　　　　　　　　　　　　　　　　HENRY EDWARD AUTREY
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE